IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MARIO JACKSON PALMER                                              PLAINTIFF

v.                           Civil No. 1:20-cv-01055

NICOLE CARTER, JAIL ADMINISTRATOR,
ASHLEY COUNTY DETENTION FACILITY                                  DEFENDANT

## ORDER

Plaintiff, Mario Jackson Palmer, filed this action *pro se* pursuant to 42 U.S.C. § 1983. (ECF No. 1). Plaintiff's application to proceed *in forma pauperis* was granted on October 29, 2020. (ECF No. 3). An Amended Complaint was filed on November 13, 2020. (ECF No. 10).

Currently before the Court is Defendant Nicole Carter's Motion to Compel. (ECF No. 17). Plaintiff has not responded to the Motion.

In her motion the Defendant states that she propounded her First Set of Interrogatories and Requests for Production of Documents to Plaintiff on March 18, 2021. The mailing was not returned as undeliverable and the Plaintiff did not respond to the discovery requests. (ECF No. 17).

On April 28, 2021, the Defendant attempted to resolve the discovery dispute in good faith without court intervention and sent correspondence to Plaintiff requesting his past due discovery responses by May 12, 2021. (ECF No. 17). The mailing was not returned and Plaintiff failed to respond to the discovery requests. *Id*.

Under the Federal Rules of Civil Procedure, Plaintiff is afforded thirty (30) days to respond to discovery requests. Fed. R. Civ. P. 33(b)(2) & 34(b)(2)(A). To properly defend against Plaintiff's claims, the Defendant is entitled to Plaintiff's discovery.

Accordingly, Defendant's Motion to Compel (ECF No. 17) is **GRANTED.**  Plaintiff is **DIRECTED** to provide the Defendant with the required responses to the discovery requests **by June 22, 2021.  Plaintiff is advised that failure to comply with this Order shall result in the dismissal of this case.**

IT IS SO ORDERED this 1st day of June 2021.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE